UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SPENCER EDGIN,                                          )
on behalf of his minor daughter, I.E.,                 )
                                                       )
                              Plaintiff,               )
                                                       )
v.                                                     )      Case No. 20-2547-EFM
                                                       )
BLUE VALLEY USD 220, et al.,                           )
                                                       )
                              Defendants.              )

**<u>ORDER</u>**

At the informal request of the parties, the court conducted a telephone status conference today to discuss issues that have arisen regarding the Fed. R. Civ. P. 35 mental examination of the minor plaintiff ordered on February 25, 2021 (*see* ECF No. 34). At the conference, plaintiff was represented by Daniel R. Zmijewski of DRZ Law and defendants were represented by Stephanie Lovett-Bowman of Spencer Fane, LLP.

The court's February 25 order set the maximum length of the examination at six hours, to be divided into three, two-hour sessions. Because various factors caused two of the sessions to be shortened, defendants requested an additional two hours to complete the examination. Plaintiff asserted vigorous objections to this request.

Without making any formal ruling, the court informed the parties that, should defendants file a motion to compel the additional time, the court anticipates granting a 90-minute extension (but would expect the examining doctor to attempt to use less time). Should such formal motion practice become necessary, defendants' motion must be filed

by April 16, 2021.  Any response is due by April 20, 2021, and any reply is due by April 22, 2021.[1]  The principal briefs are limited to five pages, and the reply brief is limited to two pages.

IT IS SO ORDERED.

Dated April 12, 2021, at Kansas City, Kansas.

 s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge

---

[1] These deadlines are expedited to account for defendants' upcoming expert-disclosure deadline.