UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SPENCER EDGIN,
on behalf of his minor daughter, I.E.,

        Plaintiff,

        v.

BLUE VALLEY USD 220, et al.,

        Defendants.

Case No. 20-2547-EFM

## AMENDED SCHEDULING ORDER

The parties have filed a joint motion (ECF No. 73) to amend the scheduling order filed on December 15, 2020 (ECF No. 11). For good cause shown, the motion is granted and the scheduling order is amended as follows:

    a.    Mediation shall be held no later than **July 30, 2021.**

    b.    All discovery shall be commenced or served in time to be completed by **July 1, 2021.**

    c.    The final pretrial conference is rescheduled from June 22, 2021, to **July 19, 2021, at 1:00 p.m.**, in the U.S. Courthouse, Room 223, 500 State Avenue, Kansas City, Kansas. Unless otherwise notified, the undersigned magistrate judge will conduct the conference. No later than **July 9, 2021**, defendant shall submit the parties' proposed pretrial order as an attachment to an e-mail directed to

1

*ksd_ohara_chambers@ksd.uscourts.gov*.  It shall be in the form available on the court's website (*www.ksd.uscourts.gov*).

   d. The deadline for filing potentially dispositive motions and motions challenging the admissibility of expert testimony is **September 1, 2021.**

All other provisions of the original scheduling order shall remain in effect.  The schedule adopted in this amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated May 18, 2021, at Kansas City, Kansas.

             s/ James P. O'Hara
             James P. O'Hara
             U.S. Magistrate Judge